**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| KYTCH, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. 1:22-cv-00606-MN |
| TAYLOR COMMERCIAL FOODSERVICE, LLC, DBA TAYLOR COMPANY, | ) ) ) |
| Defendant. | ) ) ) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** 

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Abraham A. Tabaie of Skadden, Arps, Slate, Meagher & Flom LLP, 525 University Avenue, Suite 1400, Palo Alto, California 94301 to represent Taylor Commercial Foodservice, LLC, DBA Taylor Company, in this action.

/s/ Edward B. Micheletti
Edward B. Micheletti (ID No. 3794)
Sarah R. Martin (ID No. 5230)
Daniel S. Atlas (ID No. 6346)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
920 N. King Street
P.O. Box 636
Wilmington, Delaware  19899-0636
Tel.:  (302) 651-3000
Email:  edward.micheletti@skadden.com
           sarah.martin@skadden.com
           daniel.atlas@skadden.com

*Attorneys for Defendant Taylor Commercial Foodservice, LLC, DBA Taylor Company*

Date:  March 20, 2023