IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KYTCH, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>TAYLOR COMMERCIAL FOODSERVICE, LLC, DBA TAYLOR COMPANY,<br><br>    Defendant. | Case No. 22-cv-606-MN |

## **NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Kytch, Inc. appeals to the United States Court of Appeals for the Third Circuit from this Court's March 29, 2023 Order granting Defendant Taylor Commercial Foodservice, LLC's Motion to Dismiss. The Order appealed from is memorialized in this Court's March 29, 2023 minute entry in this matter and recorded on pages 59–65 of the official transcript of the March 29, 2023 motion hearing in this matter [D.I. 17].

In appeal from this Court's March 29, 2023 Order, Plaintiff appeals from any and all orders antecedent and ancillary thereto, including any and all interlocutory judgments, decrees, decisions, rulings, verdicts, and opinions that merged into and became part of the March 29, 2023 Order, that are related to the March 29, 2023 Order, and upon which the March 29, 2023 Order is based.

Dated: April 28, 2023

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

CLARE LOCKE LLP

Elizabeth M. Locke, P.C.
Daniel P. Watkins
10 Prince Street
Alexandria, VA 22314
(202) 628-7407
libby@clarelocke.com
daniel@clarelocke.com

IRELL & MANELLA LLP

Jason Sheasby
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010
jsheasby@irell.com

*Attorneys for Plaintiff Kytch, Inc.*

2