# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-1810

Kytch Inc v. Taylor Commercial Foodservice LLC

(U.S. District Court No.: 1:22-cv-00606)

**ORDER**

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: May 09, 2025
PDB/cc: Shay Dvoretzky, Esq.
      Randall C. Lohan,
      Edward B. Micheletti, Esq.
      Rosemary J. Piergiovanni, Esq.
      Parker Rider-Longmaid, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate